UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| CARMEN SLATTERY,<br><br>Plaintiff,<br><br>vs.<br><br>SIOUX FALLS AMBULANCE, INC.,<br>d/b/a RURAL/METRO AMBULANCE<br><br>Defendant. | 4:15-CV-04062-RAL<br><br><br>JUDGMENT OF DISMISSAL |

On January 8, 2016, the parties filed a Stipulation of Dismissal With Prejudice, Doc. 20. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 11th day of January, 2016.

BY THE COURT:

*Roberto A. Lange* (signature)

ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE